UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HAROLD M. HOFFMAN, ESQ.
Attorney ID No. 006531984
240 Grand Avenue
Englewood, NJ  07631
(201) 410-8223
*Attorney for Plaintiff*

| | |
|---|---|
| **BRIAN KEEGAN**, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>**GURKAN DEMIR, SEBNEM GULER DEMIR, and ATA INTERNATIONAL, INC.**,<br><br>Defendants. | **Case Number: 24-cv-8184 (SDW) (JBC)** |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff hereby dismisses the within action pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., with each party to bear their own fees and costs.

Dated: September 13, 2024

/s/ **HAROLD M. HOFFMAN, ESQ.**
       ATTORNEY FOR PLAINTIFF

SO ORDERED.

/s/ SDWigenton

Hon. Susan D. Wigenton
United States District Judge
Dated: September 16, 2024